IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**INMER WALDEMAR ROMERO MORALES,**
**Petitioner,**

**v.**

**J.L. JAMISON, JOHN E. RIFE, MARKWAYNE MULLIN, TODD BLANCHE,**
**Respondents.**

**CIVIL ACTION**

**NO. 26-8223**

**O R D E R**

**AND NOW**, this 28th day of October, 2026, upon consideration of the Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") (ECF No. 1), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.
2. Respondents shall file and serve a response on or before **November 2, 2026**.[1]
3. The Court grants Petitioner leave to file a reply no later than **November 6, 2026**.
4. Petitioner shall file a certificate of service verifying that the Petition has been served on Respondents **on or before 5:00 p.m. on November 2, 2026**.[2]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

---

1 The Court expects that Respondents' filing shall include the basis for Petitioner's detention and the status of any bond hearing. Furthermore, the filing shall include any Form I-286, Notice to Appear, Notice of Custody Determination, notice of reopening of removal proceedings, or arrest warrant that may have been issued as to Petitioner's present arrest and detention.

2 Service of the Petition through the CM/ECF docketing system is insufficient where neither Respondents nor their counsel have yet entered an appearance and, therefore, have not yet consented to electronic service in this matter. Further, anticipatory service does not satisfy the Certificate of Service requirement under Local Rule 7(b).